(Name) ARMANDO GOMEZ

(Address) 42-11 S.C.C 5150 O'BYRNES FERRY ROAD

(City, State, Zip) JAMESTOWN,CA.95327

(CDC Inmate No.) F69767

FILED
JAN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

# United States District Court
## Southern District of California

| | |
|---|---|
| ___, (Enter full name of plaintiff in this action.)<br><br>ARMANDO GOMEZ, Plaintiff,<br><br>v.<br><br>SAN DIEGO FAMILY COURT,<br>___,<br>___,<br>___,<br>(Enter full name of each defendant in this action.)<br><br>Defendant(s). | '08 CV 0013 DMS BLM<br>Civil Case No. ___<br>(To be supplied by Court Clerk)<br><br>Complaint Under the Civil Rights Act 42 U.S.C. § 1983 |

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
Denial of Due Process in family court custody proceedings remediable under 42 U.S.C.A.§ 1983 (Lee v City of Los Angeles 250 F.3d 668

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, ARMANDO GOMEZ (print Plaintiff's name), who presently resides at S.C.C 42-11 (mailing address or place of confinement) Jamestown,California.95327, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at San Diego Family Court 1555 Sixth AVE (institution/place where violation occurred) on (dates) 5/1/06 (Count 1), ___ (Count 2), and ___ (Count 3).

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)
San Diego Family Court

Defendant Family Court (name) resides in San Diego,CA. (County of residence), and is employed as a Superior Court (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: The presiding judge of departmrnt F-4 Lorna Alksne was acting under the color of state law in her official capacity when she she denied plaintiff Due Process by entering a judgement taking joint custody of plaintiff Son away without plaintiff notified or present in court.

Defendant (name) resides in (County of residence), and is employed as a (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Defendant (name) resides in (County of residence), and is employed as a (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Defendant (name) resides in (County of residence), and is employed as a (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Substantial Rights of Due Process , notification,& access to the courts (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

FAMILY COURT CASE NUMBER # D 4 9 2 9 7 6

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On5/1/06 in dept:F-4 during what was only supposed to be a status hearing for aprotective order against plaintiffs sister inlaw Pamela Powell.That plaintiff Armando Gomez filed in family court on behalf of his Son Zachary Armando Gomez.Plaintiffs ex wife Kim Gomez let the court know that plaintiff was incarcerated (SEE EXHIBIT 1).Somehow this status hearing on a protective order turned into a custody hearing where plaintiffs joint legal custody of his Son Zachary was taken away.(SEE PAGE 2 OF EXHIBIT 1)

The plaintiff (Zachary's Father) was never notified that the ex wife was petitioning the court for full custody!Plaintiff was never notified of a custody hearing where his rights as afather would be put in jeopardy! Furthermore under California Law PC § 2625(b)&(c) The judge should have ordered a continuance until proper legal notice could be given plaintiff and plaintiff ordered transported from county jail to family court! SUBSTATIAL DUE PROCESS RIGHTS INHERENT & INALIENABLE AND ELEMENTAL FAIRNESS THE CORNERSTONE OF JUSTICE AND OUR CONSTITUTION WERE NOT AFFORDED ARMANDO GOMEZ OR HIS SON ZACHARY ARMANDO GOMEZ AT THIS SUPRISE UNANOUNCED CUSTODY HEARING!!!

PETITIONER PRAYS THAT

HE AND HIS SON BE AFFORDED ELEMENTAL FAIRNESS AND DUE PROCESS BY THIS COURT ORDERING THE REVERSAL OF THE CUSTODY JUDGEMENT OF 5/1/06.THAT THE FAMILY COURT HAVE NOMORE PROCEEDINGS IN THIS CASE UNTIL PROPER NOTIFICATION AND TRANSPORTATION CAN BE ARRANGED AND THAT CUSTODY REVERTS TO AGREEMENT REACHED BY BOTH PAARENTS DURING ARBITRATION AND CERTIFIED BY FAMILY COURT.PRIOR TO 5/1/06.

Count 2: The following civil right has been violated: ____________________

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Count 3: The following civil right has been violated:

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: ______________________________

Defendants: ______________________________

(b) Name of the court and docket number: ______________________________

______________________________.

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] ______________

______________________________.

(d) Issues raised:

______________________________

______________________________

______________________________

______________________________.

(e) Approximate date case was filed: ______________________________.

(f) Approximate date of disposition: ______________________________.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): Plaintiff respectfully prays & request that the family court in question refrain from further proceedings in case # D492976 that may effect plaintiffs & son's parental relationship rights,custody,& visitation.Unless plaintiff can be lawfully notified & appear in court. A FUNDAMENTAL RIGHT !
2. Damages in the sum of $
3. Punitive damages in the sum of $
4. Other: Plaintiff repectfully prays that the 5/1/06 judgement be reversed,that joint custody be restored & that the arbitrated court confirmed joint parenting agreement be restored & enforced.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

12-27-07
Date

Armando Gomez
Signature of Plaintiff

EXIBIT 1 PAGE 1

FL-340

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address)

Kim Gomez
4369 Hamilton Street, #5
San Diego, CA 92104
TELEPHONE NO.: 619-291-1313 FAX NO. (optional):
ATTORNEY FOR (Name): Self Represented

FOR COURT USE ONLY

FILED
Clerk of the Superior Court
MAY - 3 2006
By: L. GARIBAY-SANCHEZ, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 1555 Sixth Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Family Court

PETITIONER/PLAINTIFF: Kimberly Gomez
RESPONDENT/DEFENDANT: Armando Gomez
OTHER:

**FINDINGS AND ORDER AFTER HEARING**

CASE NUMBER: D 492976

1. This proceeding was heard
   on (date): 5/1/06 at (time): 9:00 am in Dept.: F-4 Room:
   by Judge (name): Lorna Alksne ☐ Temporary Judge

   ☒ Petitioner/plaintiff present ☐ Attorney present (name):
   ☐ Respondent/defendant present INCARCERATED ☐ Attorney present (name):
   ☐ Other present ☐ Attorney present (name):
   On the order to show cause or motion filed (date): by (name):

2. **THE COURT ORDERS**
3. Custody and visitation: ☒ As attached on form FL-341 ☐ Not applicable
4. Child support: ☐ As attached on form FL-342 ☐ Not applicable
5. Spousal or family support: ☐ As attached on form FL-343 ☐ Not applicable
6. Property orders: ☐ As attached on form FL-344 ☐ Not applicable
7. Other orders: ☐ As attached ☐ Not applicable
8. ☐ Attorney fees (specify amount): $
   Payable to (name and address):

   Payable ☐ forthwith ☐ other (specify):
9. All other issues are reserved until further order of court.

Date: MAY - 3 2006

LORNA ALKSNE
JUDICIAL OFFICER

Approved as conforming to court order.

SIGNATURE OF ~~ATTORNEY FOR~~ ☒ PETITIONER/~~PLAINTIFF~~ ☐ RESPONDENT/DEFENDANT





**FINDINGS AND ORDER AFTER HEARING**
**(Family Law-Custody and Support-Uniform Parentage)**



Gomez Kimberly

Appears Court Copy

EXHIBIT 1 PAGE 2

FL-341

| PETITIONER/PLAINTIFF: Kimberly Gomez<br>RESPONDENT/DEFENDANT: Armando Gomez | CASE NUMBER:<br>D 492976 |
|---|---|

## CHILD CUSTODY AND VISITATION ORDER ATTACHMENT

TO [X] ***Findings and Order After Hearing*** [ ] ***Judgment***

[ ] ***Stipulation and Order for Custody and/or Visitation of Children***

[ ] **Other** ***(specify)*:**

1. [X] **Custody.** Custody of the minor children of the parties is awarded as follows:

| Child's name | Date of birth | Legal custody to (person who makes decisions about health, education, etc.) | Physical custody to (person with whom the child lives) |
|---|---|---|---|
| Zachary | 7/2/05 | Kim Gomez | Kim Gomez |

[ ] Joint legal custody [ ] Joint physical custody

2. [ ] **Visitation**
   a. [ ] Reasonable right of visitation to the party without physical custody **(not appropriate in cases involving domestic violence)**
   b. [ ] See the attached ________ -page document dated *(specify date)*:
   c. [ ] The parties will go to mediation at *(specify location)*:
   d. [ ] No visitation
   e. [ ] Visitation for the [ ] petitioner [ ] respondent will be as follows:
      (1) [ ] **Weekends stating** *(date)*:
      *(The first weekend of the month is the first weekend with a Saturday.)*
      [ ] 1st [ ] 2nd [ ] 3rd [ ] 4th [ ] 5th weekend of the month
      from ________________ *(day of week)* at ________ *(time)* [ ] a.m. [ ] p.m.
      to ________________ *(day of week)* at ________ *(time)* [ ] a.m. [ ] p.m.
      (a) [ ] The parents will alternate the fifth weekends, with the [ ] petitioner [ ] respondent having the initial fifth weekend, which starts *(date)*:
      (b) [ ] The petitioner will have fifth weekends in [ ] odd [ ] even months.
      (2) [ ] **Alternate weekends starting** *(date)*:
      The [ ] petitioner [ ] respondent will have the children with him or her during the period
      from ________________ *(day of week)* at ________ *(time)* [ ] a.m. [ ] p.m.
      to ________________ *(day of week)* at ________ *(time)* [ ] a.m. [ ] p.m.
      (3) [ ] **Weekdays starting** *(date)*:
      The [ ] petitioner [ ] respondent will have the children with him or her during the period
      from ________________ *(day of week)* at ________ *(time)* [ ] a.m. [ ] p.m.
      to ________________ *(day of week)* at ________ *(time)* [ ] a.m. [ ] p.m.
      (4) [ ] **Other** *(specify days and times as well as any additional restrictions)*:

[ ] See Attachment 2e(4).

EXHIBIT 1 PAGE 3

| PETITIONER/PLAINTIFF: Kimberly Gomez<br>RESPONDENT/DEFENDANT: Armando Gomez | CASE NUMBER:<br>D 492976 |
|---|---|

3. ☐ **Supervised visitation.** Until ☐ further order of the court ☐ other *(specify)*:
the ☐ petitioner ☐ respondent will have supervised visitation with the minor children according to the schedule set forth on page 1. **(You must attach form FL-341(A).)**

4. ☐ **Transportation for visitation**
   a. ☐ Transportation **to** the visits will be provided by ☐ petitioner ☐ respondent ☐ other *(specify)*:
   b. ☐ Transportation **from** the visits will be provided by ☐ petitioner ☐ respondent ☐ other *(specify)*:
   c. ☐ Drop-off of the children will be at *(address)*:
   d. ☐ Pick-up of the children will be at *(address)*:
   e. ☐ The children will be driven only by a licensed and insured driver. The car or truck must have legal child restraint devices.
   f. ☐ During the exchanges, the parent driving the children will wait in the car and the other parent will wait in his or her home while the children go between the car and the home.
   g. ☐ Other *(specify)*:

5. ☐ **Travel with children.** The ☐ petitioner ☐ respondent ☐ other *(name)*:
**must** have written permission from the other parent or a court order to take the children out of
   a. ☐ the state of California.
   b. ☐ the following counties *(specify)*:
   c. ☐ other places *(specify)*:

6. ☐ **Child abduction prevention.** There is a risk that one of the parents will take the children out of California without the other parent's permission. Form FL-341(B) is attached and must be obeyed.

7. ☐ **Holiday schedule.** The children will spend holiday time as listed in the attached ☐ form FL-341(C) ☐ other *(specify)*:

8. ☐ **Additional custody provisions.** The parents will follow the additional custody provisions listed in the attached ☐ form FL-341(D) ☐ other *(specify)*:

9. ☐ **Joint legal custody.** The parents will share joint legal custody as listed in the attached ☐ form FL-341(E) ☐ other *(specify)*:

10. ☒ **Other** *(specify)*:
Findings and Order After Hearing to be served on Respondent in custody.

This is absolutely not true! See page 1 of 3 #1.

11. **Jurisdiction.** This court has jurisdiction to make child custody orders in this case under the Uniform Child Custody Jurisdiction and Enforcement Act (part 3 of the California Family Code, commencing with section 3400).

12. **Notice and opportunity to be heard.** The responding party was given notice and an opportunity to be heard, as provided by the laws of the State of California.

13. **Country of habitual residence.** The country of habitual residence of the child or children in this case is
☒ the United States ☐ other *(specify)*:

14. **Penalties for violating this order.** If you violate this order, you may be subject to civil or criminal penalties, or both.



Gomez, Kimberly

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

FILED

JAN - 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 ☐ 1983 ✓

FILING FEE PAID
Yes ☐ No ✓

IFP MOTION FILED
Yes ✓ No ☐

COPIES SENT TO
Court ✓ ProSe ✓

I (a) PLAINTIFFS: **Armando Gomez**

DEFENDANTS: **San Diego Family Court**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Tuolumne
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**Armando Gomez**
**5150 O'Byrnes Ferry Road**
**Jamestown, CA 95327**
**F-69767**

ATTORNEYS (IF KNOWN)

'08 CV 0013 DMS BLM

II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**42 U.S.C. 1983**

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

CONTRACT
☐ 110 Insurance
☐ Marine
☐ Miller Act
☐ Negotiable Instrument
☐ 150 Recovery of Overpayment &Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153Recovery of Overpayment of Veterans Benefits
☐ 160 Stockholders Suits
☐ Other Contract
☐ 195 Contract Product Liability

REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectmant
☐ 240 Tort to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

TORTS

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury- Medical Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights

FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

LABOR
☐ 710Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

SOCIAL SECURITY
☐ 861 HIA (13958)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

OTHER STATUTES
☐ 400 State Reappointment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities Exchange
☐ 875 Customer Challenge 12 USC
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State
☐ 890 Other Statutory Actions

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE Docket Number

DATE 1/2/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~

[signature]