PLAINTIFF/PETITIONER/MOVANT'S NAME ARMANDO GOMEZ

PRISON NUMBER F69767

PLACE OF CONFINEMENT S.C.C. 42-11 5150 O'BYRNES FERRY ROAD

ADDRESS JAMESTOWN,CA. 95327

FILED
JAN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

# United States District Court
## Southern District Of California

'08 CV 0013 DMS BLM

ARMANDO GOMEZ ,
Plaintiff/Petitioner/Movant

v.

SAN DIEGO FAMILY COURT ,
Defendant/Respondent

Civil No. ______________
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>**

I, ,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? [X] Yes [ ] No (If "No" go to question 2)
   If "Yes," state the place of your incarceration S.C.C. JAMESTOWN,CA.95327
   Are you employed at the institution? [ ] Yes [X] No
   Do you receive any payment from the institution? [ ] Yes [X] No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? [ ] Yes [X] No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   ______________________________________________
   ______________________________________________
   ______________________________________________

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   7/2004 Dial America phone sale.Eployedd Approx:one month $800.oo total.
   San Diego, Ca.
   ______________________________________________

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment [ ] Yes [X] No
   b. Rent payments, royalties interest or dividends [ ] Yes [X] No
   c. Pensions, annuities or life insurance [ ] Yes [X] No
   d. Disability or workers compensation [ ] Yes [X] No
   e. Social Security, disability or other welfare [ ] Yes [X] No
   e. Gifts or inheritances [ ] Yes [X] No
   f. Spousal or child support [ ] Yes [X] No
   g. Any other sources [ ] Yes [X] No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   ______________________________________________
   ______________________________________________

4. Do you have any checking account(s)? [ ] Yes [X] No
   a. Name(s) and address(es) of bank(s):______________________
   b. Present balance in account(s):______________________

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? [ ] Yes [X] No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? [ ] Yes [X] No
   a. Make: Year: Model:
   b. Is it financed? [ ] Yes [ ] No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes ☒ No
If "Yes" describe the property and state its value.______________________________

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
I am incarcerated in california state prison.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

12-27-07
DATE

Armando Gomez
SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
**(Incarcerated applicants only)**
(To be completed by the institution of incarceration)

I certify that the applicant Armando Gomez Jr.
(NAME OF INMATE)

F69767
(INMATE'S CDC NUMBER)

has the sum of $ .93 on account to his/her credit at

Sierra Conservation Center
(NAME OF INSTITUTION).

I further certify that the applicant has the following securities —

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's ***average monthly balance*** was $ 8.45

and the ***average monthly deposits*** to the applicant's account was $ 3.44

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

12/28/07
DATE

Dan Rahn
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

DAN RAHN
OFFICER'S FULL NAME (PRINTED)

Accounting Technician
OFFICER'S TITLE/RANK

**TRUST ACCOUNT WITHDRAWAL AUTHORIZATION**
**(Incarcerated applicants only)**

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, ARMANDO GOMEZ F69767 , request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

12-27-07
DATE

Armando Gomez
SIGNATURE OF PRISONER

REPORT ID: TS3030 .701 REPORT DATE: 12/17/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SIERRA CONSERVATION CENTER
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 17, 2007

ACCOUNT NUMBER : F69767 BED/CELL NUMBER: MAD 4200000011U
ACCOUNT NAME : GOMEZ, ARMANDO JR ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 06/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 06/13 | D320 | TRUST FUNDS T | 3960 RJD | | 13.70 | | 13.70 |
| 07/09 | FC02 | DRAW-FAC 2 | 0093MARTST | | | 8.70 | 5.00 |
| 07/11 | W536 | COPAY CHARGE | 0121 6/12 | | | 5.00 | 0.00 |
| 07/30 | FR01 | CANTEEN RETUR | 700333 | | | 8.70- | 8.70 |
| 10/24 | W536 | COPAY CHARGE | 1209 10/23 | | | 5.00 | 3.70 |
| 10/26 | W512 | LEGAL POSTAGE | 1234 10/19 | | | 0.17 | 3.53 |
| 10/26 | W512 | LEGAL POSTAGE | 1234 10/22 | | | 0.11 | 3.42 |
| 10/26 | W516 | LEGAL COPY CH | 1234 10/15 | | | 1.44 | 1.98 |
| 11/15 | D320 | TRUST FUNDS T | 1397 RJD | | 6.96 | | 8.94 |
| 11/16 | FC02 | DRAW-FAC 2 | 1416MAR3RD | | | 8.94 | 0.00 |
| 11/30 | FR01 | CANTEEN RETUR | 701525 | | | 8.94- | 8.94 |
| 12/11 | W512 | LEGAL POSTAGE | 1652 11/7 | | | 0.41 | 8.53 |
| 12/11 | W512 | LEGAL POSTAGE | 1652 11/7 | | | 0.41 | 8.12 |
| 12/11 | W512 | LEGAL POSTAGE | 1652 11/13 | | | 5.30 | 2.82 |
| 12/11 | W516 | LEGAL COPY CH | 1652 11/13 | | | 0.36 | 2.46 |
| 12/14 | W502 | POSTAGE CHARG | 1677POSTAG | | | 0.97 | 1.49 |
| 12/14 | W516 | LEGAL COPY CH | 1686 12/04 | | | 0.15 | 1.34 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 11/28/2007 | H109 | LEGAL POSTAGE HOLD | 1504 11/15 | 0.41 |
| 11/28/2007 | H109 | LEGAL POSTAGE HOLD | 1504 11/15 | 0.41 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/23/06 CASE NUMBER: SCD176226
COUNTY CODE: SD FINE AMOUNT: $ 200.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 06/01/2007 | | BEGINNING BALANCE | | 180.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY D Kahn
TRUST OFFICE SCC 12/18/07

REPORT ID: TS3030 .701 REPORT DATE: 12/17/07
PAGE NO: 2

SIERRA CONSERVATION CENTER
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 17, 2007

ACCT: F69767 ACCT NAME: GOMEZ, ARMANDO JR ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/23/06 CASE NUMBER: SCD176226
COUNTY CODE: SD FINE AMOUNT: $ 200.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 10/18/07 | SU03 | SYS UPDATE - POS | 7.50- | 172.50 |
| 10/25/07 | SU03 | SYS UPDATE - POS | 0.23- | 172.27 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 20.66 | 19.32 | 1.34 | 0.82 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.52 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE SCC 12/18/07