FILED
JAN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM DEPUTY

08CV 0013 DMS (BLM)

To Whom it may concern:

I have a §1983 complaint pending in your court right now. the case #3:08-CV-00013-DMS-BLM

This is my notice of change of address, My new address is:

Armando Gomez F69767
Mule Creek Prison M1-E-84
P.O. Box 409000
Ione, Ca. 95640

Thank you for your consideration.

Respectfully Submitted,

Armando Gomez

1-20-08

Armando Gomez F64767
MI-E-84P
P.O. Box 409000
Ione, Ca. 95640

SACRAMENTO CA 957
22 JAN 2008 PM 5 L




Clerk, U.S. District Court
880 Front Street, Suite 4290
San Diego, California. 92101-8900

Legal Mail

92101+8323