AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Armando Gomez

**V.**

San Diego Family Court

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 08cv0013-DMS (BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915(a) is Granted. The Secretary of California Department of Corrections and Rehabilitation, or his designee, is ordered to collect from Plaintiff's prison trust account the $350 balance of the filing fee owed in this case by collecting monthly payments from the trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the account and forward payments to the Clerk of the Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). All payments shall be clearly identified by the name and number assigned to this action. Plaintiff's Complaint is Dismissed for failing to state a claim and without further leave to amend pursuant to 28 U.S.C. 1915(e)(2) and 1915A. Plaintiff is further notified that this dismissal may later be counted as a "strike" against him pursuant to 28 U.S.C. § 1915(g). The Clerk shall close the file.

February 21, 2008
Date

W. Samuel Hamrick, Jr.
Clerk

s/ L Odierno
(By) Deputy Clerk

ENTERED ON February 21, 2008