FILED
JUL 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DSW DEPUTY

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

JUL 17 2008

FILED

DOCKETED 7-17-8 DATE INITIAL

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

Re: **USCA No: 08-55525**
**USDC No: 08cv0013 DMS (BLM)**
**Gomez v. San Diego Family Court**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | | | | |
|---|---|---|---|---|---|---|
| | Copy of the Notice of Appeal | | | | Docket Entries | |
| | Case Information/Docket Fee Payment Notification Form | | | | | |
| | Order for Time Schedule (Criminal) | | | | | |
| | Original Clerk's Record in | | set(s) of | | volume(s). | |
| | Reporter's transcript's transcripts in | | set(s) of | | volume(s). | |
| | Clerk's supplemental record in | | set(s) of | | volume(s). | |
| | Exhibits in | envelope(s) | | box(es) | | folders(s) |
| | Judgement Order | **OR** | | F/P Order | | |
| | CJA Form 20 | **OR** | | Minute Order | | |
| ✖ | Certificate of Record | **OR** | | Mandate Return | | |
| | Amended docket fee notification form | | | | | |
| | Order Appointing Counsel for Appeal | | | | | |
| | | | | | | |
| ✖ | Please acknowledge on the enclosed copy of this transmittal | | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 07/14/08

By: **L. Hammer**
Lauren Hammer, **Deputy**