# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

ARMANDO GOMEZ,

Plaintiff,

vs.

SAN DIEGO FAMILY COURT,

Defendant.

CASE NO. 08CV0013 dms

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT**

On March 3, 2008, Plaintiff appealed this Court's sua sponte dismissal of his Complaint. He filed a motion to proceed *in forma pauperis* on appeal in both this Court and in the Ninth Circuit Court of Appeals. The Ninth Circuit granted his motion on April 10, 2008 (Case No. 08-55525, Doc. 3). Accordingly, his pending motion in this Court is moot and therefore denied.

**IT IS SO ORDERED.**

DATED: August 22, 2008

HON. DANA M. SABRAW
United States District Judge